COM.

v.

**WOLF, P.**

**2033 MDA 2016**

Superior Court of Pennsylvania.

05/17/2017

CP–67–CR–0007563–2011
(York)

Vacated/Remanded

COM.

v.

**MIRT, C.**

**910 WDA 2016**

Superior Court of Pennsylvania.

05/17/2017

CP–02–CR–0015681–2015
(Allegheny)

Vacated/Remanded

**IN RE: D.T.H., a minor,**

**Appeal of: K.H.**
**1788 WDA 2016**

Superior Court of Pennsylvania.

05/17/2017

CP–02–AP–0000017–2016
(Allegheny)
Affirmed

**IN RE: D.R.H., JR., a minor,**

**Appeal of: K.H.**
**1789 WDA 2016**

Superior Court of Pennsylvania.

05/17/2017

TPR No–CP–02–AP–0000018–2016
(Allegheny)
Affirmed

**IN RE: ADOPTION OF R.A.W.A.**

**Appeal of: L.J.E.**
**101 WDA 2017**

Superior Court of Pennsylvania.

05/17/2017

54 of 2015 (Westmoreland)
Affirmed

